

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2016

No. 04-16-00170-CV

**IN THE INTEREST OF A.B.R. AND P.Y.R., CHILDREN,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-09297
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On June 20, 2016, the day Appellant's brief was due, we suspended the appellate timetable to allow the parties to mediate. On July 22, 2016, after the parties could not agree on a date and time to mediate, we reinstated the appellate timetable and Appellant's brief was due. *Cf. CHCA Woman's Hosp., L.P. v. Lidji*, 403 S.W.3d 228, 234 (Tex. 2013) (tolling the expert report deadline during the period from a nonsuit to refiling the petition, but not restarting the 120 day period to file).

On August 4, 2016, after no brief or motion for extension of time to file the brief was filed, we ordered Appellant to show cause in writing by August 15, 2016, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). We ordered Appellant to include a reasonable explanation for Appellant's failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

On August 12, 2016, Appellant filed her response that included a reasonable explanation and a request, in the alternative, to consider her response as a motion for extension of time to file the brief until August 21, 2016.

Appellant's motion for extension of time is GRANTED. Appellant's brief is due on August 21, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2016.



_____
Keith E. Hottle
Clerk of Court